# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | EC11 |
| Violation Number | 7178194 |
| Officer Name (Print) | Looney T |
| Officer No. | L6649 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 03252017 0230 |
| Offense Charged | State Code — NCGS 20-138.1 |
| Place of Offense | Yadkin Rd / Reilly Rd |

Offense Description: Factual Basis for Charge

Impaired Driving
a/o

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Last Name | Davis |
| First Name | Courtney |
| M.I. | K |
| City | Fayetteville |
| State | NC |
| Zip Code | 28314 |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Court Address: 310 New Bern Ave, Raleigh NC

Date: 04052017
Time: 0800

X Defendant Signature

(Rev. 09/2015)

Case 5:17-mj-01248-JG   Document 1   Filed 03/27/17   Page 1 of 3

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MAR 25**, 20**17** while exercising my duties as a law enforcement officer in the **Eastern** District of **N. Carolina**

At 0230 hrs, 25 Mar 17, 9-5 Harmon while conducting Access Control Operations at ACP 4, Yadkin Rd., inspected a 2008 Honda Accord, NC-EHH-9448, operated by Davis. Upon approach of the vehicle, 9-5 detected an odor of alcohol emitting from Davis' person. 5-8 Looney responded to the gate and upon approach of Davis' vehicle detected an odor of alcohol emitting from Davis' person. Standardized Field Sobriety Tests were conducted which warranted further action. Davis was apprehended, transported to the Fort Bragg Law Enforcement Center and administered an Intox EC/IR II test, resulting in (.09% AC).
Attitude: Fair/Under the Influence
Roadway: Dry
Traffic: Light
Weather: Clear

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03252017**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NORTH CAROLINA

### NOTICE

- Your initial appearance before the United States Magistrate Judge is on:

  _____4/5/2017_____ at __8:00__ A.M.

- The courtroom is located on the third floor of the United States Courthouse and Federal Building (Post Office Building) at ~~301 Green Street in Fayetteville, North Carolina~~ 310 NEW BERN AVE RALEIGH NC
- Cell Phones are Prohibited in the Federal Building

- A Picture ID is Required for Entrance

- Notify any change of address to the Clerk's office immediately at: NCED-Fayetteville-Duty@nced.uscourts.gov

  **Warning: If you fail to make your initial appearance before the United States Magistrate Judge, a warrant for your arrest may be issued**

x _[signature]_