UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

NOTICE

- Your initial appearance before the United States Magistrate Judge is on:

   **4/5/2017** at **8:00** A.M.

- The courtroom is located on the third floor of the United States Courthouse and Federal Building (Post Office Building) at ~~301 Green Street in Fayetteville, North Carolina~~ 310 NEW BERN AVE RALEIGH NC
- Cell Phones are Prohibited in the Federal Building

- A Picture ID is Required for Entrance

- Notify any change of address to the Clerk's office immediately at: NCED-Fayetteville-Duty@nced.uscourts.gov

   **Warning:** If you fail to make your initial appearance before the United States Magistrate Judge, a warrant for your arrest may be issued**

x _[signature]_