THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:17- MJ- 1248

UNITED STATES OF AMERICA }
} **DEFENDANT'S**
v } **MOTION TO CONTINUE**
} (18 USC 3161(h)(8))

Courtney Davis

Pursuant to 18 USC 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. _____

2. This is the 1st continuance filed by the Defendant in the present case. The Special Assistant United States Attorney (does not) does object to this motion.

3. I understand that if this motion is granted, **I must next appear in court** at 8:00 a.m. on 7/12/17 court docket and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: 05/03/2017       x_____
                               Defendant or Attorney for the Defendant
**INITIAL DOCKET:**

The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reason(s):

[ ] Failure to do so would likely result in a **miscarriage of justice.**
[ ] The **unusual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.
[ ] Failure to do so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel;**
[ ] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

Accordingly, the continuance is ALLOWED. The intervening time from 5/3/17 to 7/12/17 is excluded from speedy trial computation under 18 USC 3161.

_Robert T. Numbers II_

5/3/17
Date                                    UNITED STATES MAGISTRATE JUDGE