_Initial Appearance_

**TIME:** 12:44 - 12:44

**DATE:** 9/6/17

**LOCATION:** RALEIGH, NC

**JUDGE:** ROBERT T. NUMBERS, II

**COURTROOM DEPUTY:** Nick Bullock

**FTR RECORDED:** M:\FAYETTEVILLE\2017\SEP.

---

**DEFENDANT:** Shannon Davis (Pro-Se)

**Case #:** 5:17MJ-1712

**Defendant advised of rights, charges, and maximum punishments**

CJA Completed ~~_____~~
    Approved by the Judge_____ Denied by the Judge_____

✓ Continued: 10/4/17

**OR**

Going Forward with Case_____
    **See Additional Minutes for Final Disposition of Case**